IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ARTHUR HINSHAW,

       Plaintiff,                     No. CIV S-07-1238 FCD GGH P

       vs.

JOHN B. HARDCASTLE, et al.,

       Defendants.              ORDER

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 13, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 23, 2007 request for an extension of time (doc. 10) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 7/30/07

                             /s/ Gregory G. Hollows

                             GREGORY G. HOLLOWS
                             UNITED STATES MAGISTRATE JUDGE

GGH:cm
hins1238.36