IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ARTHUR HINSHAW,

    Plaintiff,                        No. CIV S-07-1238 FCD GGH P

   vs.

JOHN B. HARDCASTLE, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is proceeding pro se with an action alleging violations of his rights pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). Plaintiff has filed his second request for an extension of time to file objections to the October 3, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted without a showing of good cause.

        Plaintiff has requested the appointment of counsel. The district court has discretion under 28 U.S.C. § 1915(e)(1) to request counsel to represent an indigent civil litigant. First, however, the court must evaluate both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See, e.g., Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.1991). On the record before it, the court cannot find a likelihood of success on the merits. See Franklin v. Murphy,

1

745 F.2d 1221, 1236 (9th Cir.1984) (motions to appoint counsel granted only in exceptional circumstances and at discretion of trial court).

IT IS HEREBY ORDERED that:

1. Plaintiff's November 30, 2007, motion for an extension of time is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the October 3, 2007, findings and recommendations; and

3. Plaintiff's November 30, 2007, motion for the appointment of counsel is denied.

DATED: 12/17/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
hins1238.36sec+