IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ARTHUR HINSHAW,

        Plaintiff,                        No. CIV S-07-1238 FCD GGH P

     vs.

JOHN B. HARDCASTLE, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a federal prisoner proceeding pro se.  Plaintiff alleges violations of his rights pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  On October 3, 2007, the court recommended that this action be dismissed.

        On October 31, 2007, the court granted plaintiff an extension of time to file objections to the findings and recommendations.  On December 17, 2007, the court granted plaintiff a second request for extension of time to file objections.

        On January 10, 2008, plaintiff filed a motion for leave to file an amended complaint.  This request is denied.  Plaintiff has not demonstrated an ability to cure the pleading defects discussed in the October 3, 2007, findings and recommendations.

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff's January 10, 2008, motion to file an amended complaint is denied;

3 | 2. Plaintiff is granted twenty days from the date of this order to file objections to the October 3, 2007, findings and recommendations; no further requests for extension of time will be granted.

DATED: 01/29/08                                      /s/ Gregory G. Hollows
                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

hin1238.ord