IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ARTHUR HINSHAW,

        Plaintiff,                      No. CIV S-07-1238 FCD GGH P

    vs.

JOHN B. HARDCASTLE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a federal prisoner proceeding pro se, has filed this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 402 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 3, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        On October 31, 2007, the court granted plaintiff an extension of time to file objections to the findings and recommendations. On December 17, 2007, the court granted plaintiff a second request for extension of time to file objections. On January 10, 2008, plaintiff

1  filed a motion for leave to file an amended complaint.  On January 29, 2008, the court denied
2  this motion and granted plaintiff twenty days to file objections.
3        On March 10, 2008, plaintiff filed an amended complaint.  This complaint does
4  not cure the pleading defects discussed by the magistrate judge in the October 3, 2007, findings
5  and recommendations.
6        The court has reviewed the file and finds the findings and recommendations to be
7  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
8  ORDERED that:
9        1. The findings and recommendations filed October 3, 2007, are adopted in full;
10 and
11       2. This action is dismissed.
12 DATED: April 8, 2008.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE